IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


FRANK PACOSA,                              09-CV-1137-BR

          Plaintiff,                       JUDGMENT

v.

KAISER FOUNDATION HEALTH PLAN
OF THE NORTHWEST,

          Defendant.


     Based on the Court's Opinion and Order (#48) issued

January 21, 2011, the Court **DISMISSES** this matter **with prejudice**.

     IT IS SO ORDERED.

     DATED this 21st day of January, 2011.

                                   /s/ Anna J. Brown

                                   _____
                                   ANNA J. BROWN
                                   United States District Judge


1 - JUDGMENT